UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                          Case No.  8:04-cr-348-T-24 TGW

JOHN E. ALITE
MICHAEL MALONE and
KEVIN M. MCMAHON

_____/

## ORDER

This matter comes before the Court on the motion of the United States for limited disclosure of Presentence Investigation Report information. (Doc. 954). The Government requests that the Court enter an Order allowing the Government to make a limited disclosure of Presentence Report information to Senior U.S, District Judge Sterling Johnson, Jr.  The Defendants do not object to the relief requested in the motion.

The motion is GRANTED.  The Assistant United States Attorney may distribute the Presentence Investigation Reports of the above Defendants to the Assistant United States Attorney in the Eastern District of New York handling the *Burke* case for *in camera* submission to Judge Sterling Johnson, Jr.

**It is so Ordered** this 3rd day of June, 2011.

SUSAN C. BUCKLEW
United States District Judge